<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-2273**

ELVIS DAVID LEWIS,

              Petitioner,

        v.

ERIC H. HOLDER, JR., Attorney General,

              Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  May 14, 2012                    Decided:  May 31, 2012

Before MOTZ and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition dismissed by unpublished per curiam opinion.

Randall L. Johnson, JOHNSON & ASSOCIATES, P.C., Arlington, Virginia, for Petitioner. Stuart F. Delery, Acting Assistant Attorney General, Anthony C. Payne, Senior Litigation Counsel, Lindsay W. Zimliki, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Elvis David Lewis, a native and citizen of Grenada, seeks review of an order of the Board of Immigration Appeals (Board) denying his motion to reconsider. We have reviewed the administrative record and Lewis's contentions and find that we lack jurisdiction to review his claims. See 8 U.S.C. §§ 1252(a)(2)(C), (D) (2006); 8 U.S.C. § 1252(d)(1) (2006); Mosere v. Mukasey, 552 F.3d 397, 400-01 (4th Cir. 2009). Accordingly, we dismiss the petition for review for the reasons stated by the Board. See In re: Lewis (B.I.A. Oct. 21, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the Court and argument would not aid the decisional process.

PETITION DISMISSED